In the Matter of GYPSUM BUILDING MATERIALS CORP., Appellant. CITY OF NEW YORK, Respondent.

Submitted November 21, 1955; decided December 1, 1955.

*Isidore Ginsberg* for motion.

*Peter Campbell Brown, Corporation Counsel (Harry E. O'Donnell, Benjamin Offner* and *Meyer Scheps* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of JACOB GRUMET, Fire Commissioner, as Trustee of the Volunteer Firemen's Benevolent Fund, Respondent, against ROBERT W. GOODBODY et al., Respondents, and JAMES McNULTY, as Trustee, and MICHAEL DULK, as Trustee and Treasurer of the Exempt Firemen's Benevolent Fund of the County of Kings, Appellant.

Submitted November 28, 1955; decided December 1, 1955.

Motion for an order of substitution granted and Henry Butecke, one of the fund trustees, substituted as a party appellant in place of Michael Dulk, deceased, to continue the prosecution of the appeal herein (Civ. Prac. Act, § 557, subd. 2; § 579). [See 309 N. Y. 860.]